478 A.2d 92

Commonwealth v. Chacker, Appellant.

Submitted March 5, 1984. Richard M. Lovenwirth, for appellant; Ronald T. Williamson, Assistant District Attorney, for appellee.

Before ROWLEY, POPOVICH and CERCONE, JJ.

624

Order reversed and remanded for an evidentiary hearing. Jurisdiction relinquished.

ROWLEY, J., filed a concurring memorandum.